No. 72–923.   BRIDGE *v.* NEW JERSEY.   Super. Ct. N. J. Certiorari denied.   MR. JUSTICE DOUGLAS would deny certiorari on ground of mootness.

No. 72–1022.   POPOFF *v.* JOHNSTON.   Ct. App. Cal., 1st App. Dist.   Motion to dispense with printing petition granted.   Certiorari denied.

No. 72–1027.   IN RE GROSS.   Sup. Ct. Mont.   Certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 72–1067.   COLUMBIA STANDARD CORP. *v.* RANCHERS EXPLORATION & DEVELOPMENT CORP.   C. A. 10th Cir. Certiorari denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 72–5707.   BASSETT *v.* SMITH, WARDEN.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN would grant certiorari.

No. 72–6002.   CHEANEY, AKA OWENS *v.* INDIANA. Sup. Ct. Ind.   Certiorari denied for want of standing of petitioner.   *Doremus* v. *Board of Education of the Borough of Hawthorne,* 342 U. S. 429.   MR. JUSTICE DOUGLAS would deny certiorari on grounds that petitioner, who was convicted of performing an abortion, is not a doctor and that the decisions of this Court in *Roe* v. *Wade, ante,* p. 113, and *Doe* v. *Bolton, ante,* p. 179, were confined to the condition, *inter alia,* that the abortion, if performed, be based on an appropriately safeguarded medical judgment.